UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 18-4072 PA (ASx) | | Date | July 12, 2022 |
|---|---|---|---|---|
| Title | The Bank of New York Mellon, et al. v. Pauline White, et al. | | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|
| Kamilla Sali-Suleyman | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants |

**Proceedings:**   IN CHAMBERS — COURT ORDER

The Court has been informed that defendant Pauline White ("Defendant") has not fully paid Christine Davis, the forensic accountant retained in this matter, and that the amount of $9,655.00 remains past due on Defendant's obligation. Under the terms of the Stipulation, White agreed to pay a portion of the forensic accounting fees. (See Stipulation ¶ 4, Docket No. 277.) Defendant is ordered to show cause in writing, no later than July 13, 2022, why she should not be ordered to pay that amount pursuant to the Stipulation wherein she agreed to pay those costs, or, in the alternative, why the amount should not be awarded as costs against her in the ultimate judgment should plaintiff win and collect from the foreclosure sale, if any.

   IT IS SO ORDERED.