**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON f/k/a Bank of New York, a New York State-Chartered Bank, as Trustee, in Trust for the Registered Holders of CWALT, Inc. Alternative Loan Trust 2007-19, Mortgage Pass-Through Certificates, Series 2007-19,<br><br>      Plaintiff,<br><br>   v.<br><br>PAULINE WHITE, an individual, EPHIPHANY LIMITED LLC, and DOES 1 through 50, inclusive,<br><br>      Defendants. | CV 18-4072 PA (ASx)<br><br>JUDGMENT |
| PAULINE WHITE,<br><br>      Cross-Complainant,<br><br>   v.<br><br>THE BANK OF NEW YORK MELLON f/k/a Bank of New York, a New York State-Chartered Bank, as Trustee, in Trust for the Registered Holders of CWALT, Inc. Alternative Loan Trust 2007-19, Mortgage Pass-Through Certificates, Series 2007-19; BAYVIEW LOAN SERVICING, LLC.; SELECT PORTFOLIO SERVICING; and ROES 1 through 50, inclusive,<br><br>      Cross-Defendants. | |
| ALL RELATED COUNTER CLAIMS. | |

Pursuant to this Court's July 18, 2022, Order granting in part summary judgment for plaintiff The Bank of New York Mellon, f/k/a The Bank of New York, a New York State-Chartered Bank, as Trustee, in Trust for the Registered Holders of CWALT, Inc. Alternative Loan Trust 2007-19, Mortgage Pass-Through Certificates, Series 2007-19 ("Plaintiff") and denying summary judgment for defendants Pauline White and Ephiphany Limited LLC ("Defendants"), it is HEREBY ORDERED, ADJUDGED, AND DECREED THAT:.

1.  There is now due and owing to Plaintiff from Defendants the total amount of $690,406.16 (consisting of $680,702.78 as of April 22, 2022, plus prejudgment interest of $9,703.38 (calculated based on a daily interest of $75.22 for the 129 days from April 23, 2022, to August 30, 2022)).  Plaintiff is also entitled to postjudgment interest at the statutory rate pursuant to 28 U.S.C. § 1961 from the date of this Judgment until paid.

2.  Pursuant to the Deed of Trust in the Official Records of Los Angeles County, California ("Deed of Trust"), said defaulted debt constitutes a lien on the real property commonly described as 502 Mesa Circle, Monrovia, California 91016 (the "Property"), and legally described as follows:

> THE REAL PROPERTY IN THE CITY OF MONROVIA, COUNTY OF LOS ANGLES, STATE OF CALIFORNIA, DESCRIBED AS: PARCEL 1: LOT 12, TRACT 6319, IN THE CITY OF MONROVIA, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 109 PAGES 26 AND 27 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.  EXCEPT THAT PORTION OF SAID LOT DESCRIBED AS FOLLOWS:
>
> BEGINNING AT THE MOST WESTERLY CORNER OF SAID LOT 12; THENCE ALONG THE NORTHERLY LINE OF SAID LOT NORTH 87 DEGREES 24 MINUTES 00 SECOND EAST 46.15 FEET; THENCE SOUTH 57 DEGREES 24 MINUTES 29 SECONDS WEST 40.74 FEET TO A POINT IN THE WESTERLY LINE OF SAID LOT DISTANT THEREON SOUTHERLY 22.79 FEET FROM SAID MOST WESTERLY CORNER; THENCE ALONG SAID WESTERLY LINE NORTHERLY 22.79 FEET TO THE POINT OF BEGINNING. PARCEL 2:
>
> THAT PORTION OF LOT 13, TRACT 6319, IN THE CITY OF MONROVIA, COUNTY OF LOS ANGELES, STATE OF

CALIFORNIA, AS PER MAP RECORDED IN BOOK 109 PAGES 26 AND 27 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT IN THE SOUTHERLY LINE OF SAID LOT DISTANT THEREON NORTH 87 DEGREES 24 MINUTES 00 SECONDS EAST 46.15 FEET FROM THE MOST SOUTHERLY CORNER OF SAID LOT; THENCE NORTH 57 DEGREES 24 MINUTES 29 SECONDS EAST 28.29 FEET; THENCE SOUTHEASTERLY IN A DIRECT LINE TO THE MOST EASTERLY CORNER OF SAID LOT 13; THENCE ALONG THE SOUTHERLY LINE OF SAID LOT 13, SOUTH 87 DEGREES 24 MINUTES 00 SECOND WEST 88.20 FEET TO THE POINT OF BEGINNING.

3. The Property, or as much of it as may be necessary, described above shall be sold in the manner prescribed by law by the levying officer of Los Angeles County, California, and a writ of sale shall be issued to the Sheriff, United States Marshall or other court authorized person, ordering and directing the Sheriff, United States Marshall or other court authorized person to conduct such sale. Any party to this action may be a purchaser at the sale.

4. From and after the delivery of a deed by the levying officer to the purchaser at the sale of the Property, Defendants and all persons claiming under them or having liens subsequent to the Deed of Trust, and their personal representatives, and all persons claiming to have acquired any estate or interest in the Property subsequent to the notice of pendency of this action with the Los Angeles County Recorder, are forever barred and foreclosed from all equity of redemption in, and claim to the Property and every part of it, from and after delivery of the deed by the Sheriff, United States Marshall or other authorized person.

5. From the proceeds of the sale, the levying officer shall pay to Plaintiff, after deducting expenses of the levy and sale, the sums adjudged owing to Plaintiff pursuant to paragraph 1 above.

6. If any surplus funds remain after making the aforementioned payments to Plaintiff and payments to any junior lien holders, the surplus funds shall be paid by the levying officer to those that have a recorded lien or judgment on the Property.

7. The junior lien holders are the Internal Revenue Service and City of Monrovia. The Internal Revenue Service recorded its interest in the Property on April 24, 2015 and the City of Monrovia recorded its interest in the Property on July 5, 2019.

8. Plaintiff is the prevailing party.

9. Plaintiff has waived judgment for any deficiency between the sale price and the total amount due to Plaintiff together with the expenses of sale.

10. A deficiency judgment being waived, the Property shall be sold as provided in California Code of Civil Procedure § 716.020.

11. Upon entry of this Judgment, Plaintiff may submit a Writ of Sale for entry by the Court Clerk.

12. Per California Code of Civil Procedure §§ 700.015 and 701.545, any Notice of Levy is to be served at least 120 days prior to the Notice of Sale by the levying officer.

13. Thereafter, per California Code of Civil Procedure § 701.540, the levying officer is to give at least 20 days notice of sale of the Property.

14. Plaintiff shall recover its costs of suit.

DATED: August 30, 2022

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE