UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 18-4072 PA (ASx) | Date | August 30, 2022 |
|---|---|---|---|
| Title | The Bank of New York Mellon, et al. v. Pauline White, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|
| Kamilla Sali-Suleyman | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants |

**Proceedings:**     IN CHAMBERS — COURT ORDER

On July 12, 2022, the Court entered an Order recognizing that defendant Pauline White ("Defendant") failed to fully pay the forensic accountant retained in this matter, as required in the parties' Stipulation. (See Docket No. 315.) The Court directed Defendant to show cause why she should not be ordered to pay the amount due, $9,655.00, or in the alternative, why that amount due should not be awarded as costs against her in the ultimate judgment should plaintiff win and collect from the foreclosure sale, if any. (Id.) On July 13, 2022, Defendant filed a Declaration in response. (Docket No. 317.) On July 18, 2022, the Court found Defendant's arguments unpersuasive and ordered Defendant to pay $9,655.00, and submit proof of payment to the Court by July 22, 2022. (Docket No. 320.) The Court noted that Defendant's failure to comply could result in sanctions, including contempt. (Id.)

As of today's date, Defendant has failed to submit proof of payment. Defendant is hereby ordered to appear, on September 13, 2022 at 2:00 p.m., TO SHOW CAUSE WHY SHE SHOULD NOT BE HELD IN CONTEMPT FOR FAILURE TO PAY THE OUTSTANDING BALANCE OF $9,655.00 as set forth in the July 18, 2022 Court's Order. The Order to Show Cause will be discharged, if Defendant submits proof of payment prior to September 13, 2022.

FAILURE TO COMPLY MAY RESULT IN SIGNIFICANT CONSEQUENCES. Upon a finding of civil contempt by clear and convincing evidence, the Court will not hesitate to exercise its discretion to imprison the contemnor, impose a prospective conditional fine, or both. Because a person found in civil contempt may be imprisoned, Defendant has a right to counsel and if she desires an attorney but cannot afford one, the Court will appoint counsel for her. There is no right to a jury trial in a civil contempt proceeding, because immediate release is available upon complying with the Court's order.

IT IS SO ORDERED.